ACCEPTED
03-14-00735-CV
6364369
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 11:39:53 AM
JEFFREY D. KYLE
CLERK



## OFFICE OF PUBLIC UTILITY COUNSEL

PUBLIC COUNSEL, TONYA BAER

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/5/2015 11:39:53 AM

JEFFREY D. KYLE
Clerk

August 5, 2015

**VIA E-FILE**

The Honorable Jeffrey D. Kyle
Clerk, Court of Appeals
209 W. 14th St., Room 101
Austin, Texas 78701

> Re: Appeals Docket No. 03-14-00735-CV; Trial Court Case No. D-1-GN-13-000121; *Appellant, Entergy Texas, Inc.// Cross-Appellants, the Office of Public Utility Counsel and Public Utility Commission of Texas v. Appellee, Public Utility Commission of Texas and Texas Industrial Energy Consumers// Cross-Appellees, the Office of Public Utility Counsel and Entergy Texas, Inc.*

Dear Mr. Kyle:

This letter responds to your letter of August 4, 2015 concerning the oral argument in this case currently set for September 16, 2015, at 1:30 p.m. I will appear and argue for the Office of Public Utility Counsel.

Respectfully submitted,

/s/ *Sara J. Ferris*
Sara J. Ferris
Senior Assistant Public Counsel
State Bar No. 50511915
Office of Public Utility Counsel
1701 N. Congress Avenue, Suite 9-180
Austin, Texas 78701
sara.ferris@opuc.texas.gov

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 9.5, I certify that on the 5th day of August, 2015, the Office of Public Utility Counsel's letter regarding oral argument was electronically filed with the Clerk of the Court using the electronic case filing system of the Court, and that a true and correct copy was served on the following lead counsel for all parties listed below via electronic service:


*Counsel for Entergy Texas, Inc.*

Marnie A. McCormick
Duggins Wren Mann & Romero, LLP
600 Congress Ave., Ste. 1900
Austin, Texas  78701


*Counsel for the Public Utility Commission*
*of Texas*

Elizabeth R. B. Sterling
Environmental Protection Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548


*Counsel for Texas Industrial Energy Consumers*

Rex. D. VanMiddlesworth
Thompson & Knight, LLP
98 San Jacinto Blvd, Ste. 1900
Austin, Texas  78701


 */s/ Sara J. Ferris*
 Sara J. Ferris